# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAINE CRAWLEY,<br><br>                Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, *et al.*,<br><br>                Defendants. | 3:22-cv-00530-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

The court has received information via an undeliverable notice (ECF No. 35) that Plaintiff may now be housed at High Desert State Prison. **If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.**

This order and the court's order of March 19, 2024 (ECF No. 34) shall be served upon Plaintiff in care of High Desert State Prison and the Northern Nevada Correctional Center.

**IT IS SO ORDERED.**

DATED: March 20, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

1