**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAINE CRAWLEY,

    Plaintiff

v.

MITCH FICKEN, et al.,

    Defendants

Case No.: 3:22-cv-00530-CSD

**Order**

Pursuant to the Ninth Circuit's memorandum disposition (ECF Nos. 68, 70), the Clerk shall enter **JUDGMENT** in favor of Defendant Brian Williams and against Plaintiff for the claims asserted against Williams.

**IT IS SO ORDERED**.

Dated: February 12, 2026

_____
Craig S. Denney
United States Magistrate Judge