**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAINE CRAWLEY,

    Plaintiff

v.

CHARLES DANIELS, et al.,

    Defendants

Case No.: 3:22-cv-00530-CSD

**Order**

Re: ECF No. 76

The parties have filed a notice of settlement. (ECF No. 76.) Within **30 days** of the date of this Order, the parties shall file a stipulation for dismissal with prejudice or a joint status report indicating why the stipulation for dismissal has not been filed.

**IT IS SO ORDERED**.

Dated: April 28, 2026

_____
Craig S. Denney
United States Magistrate Judge