# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAINE CRAWLEY,

                              Plaintiff,

    v.

CHARLES DANIELS, *et al.,*

                              Defendants.

3:22-cv-00530-CSD

**ORDER**

Re: ECF No. 79

The Court has reviewed Defendants' Status Report regarding the status of settlement. (ECF No. 79.)

**IT IS HEREBY ORDERED** that the parties are directed to file the Stipulation for Dismissal or Status Report within 30 days or by June 29, 2026.

DATED: May 29, 2026.

Craig S. Denney
United States Magistrate Judge