**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAINE CRAWLEY,

    Plaintiff

v.

CHARLES DANIELS, *et al.*,

    Defendant

Case No.: 3:22-cv-00530-CSD

**Order**

Re: ECF No. 81

The Court has reviewed Defendants' Status Report regarding the status of settlement. (ECF No. 81.)

**IT IS HEREBY ORDERED** that the parties are directed to file the Stipulation for Dismissal or Status Report within 30 days or by July 20, 2026.

**IT IS SO ORDERED**.

Dated: June 29, 2026

_____
Craig S. Denney
United States Magistrate Judge