**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAINE CRAWLEY,

    Plaintiff

v.

CHARLES DANIELS, et al.,

    Defendants

Case No.: 3:22-cv-00530-CSD

**Order**

On or before **July 21, 2026**, the parties shall file a stipulation for dismissal of this action with prejudice or a status report explaining why the stipulation for dismissal has yet to be filed.

**IT IS SO ORDERED**.

Dated: June 30, 2026

_____
Craig S. Denney
United States Magistrate Judge