**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAINE CRAWLEY,

Plaintiff

v.

CHARLES DANIELS, et al.,

Defendants

Case No.: 3:22-cv-00530-CSD

**Order**

Defendants' fourth status report (ECF No. 85) indicates the settlement should be finalized shortly after some procedural hurdles concerning depositing the settlement funds with Plaintiff are completed. On or before **September 2, 2026**, Defendants shall file the stipulation for dismissal with prejudice or a fifth status report explaining why the stipulation for dismissal has not been filed.

**IT IS SO ORDERED**.

Dated: August 12, 2026

Craig S. Denney
United States Magistrate Judge