**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAINE CRAWLEY,

Plaintiff

v.

CHARLES DANIELS, et al.,

Defendants

Case No.: 3:22-cv-00530-CSD

**Order**

On September 2, 2026, Defendants filed a status report stating that the check for Plaintiff was placed in the mail and the parties anticipated filing the stipulation for dismissal within a few days, or would file a status report within 14 days if there were additional complications. (ECF No. 87.)

To date, neither the stipulation for dismissal nor a status report has been filed. The parties have until **October 2, 2026**, to file the stipulation for dismissal or a status report explaining why the stipulation for dismissal has not been filed.

**IT IS SO ORDERED**.

Dated: September 24, 2026

Craig S. Denney
United States Magistrate Judge