AARON D. FORD
Attorney General
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendants Richard Ashcraft, Charles Daniels, Kody Hollaway, Kyle Olsen, Robert Robison, Robert Suwe, and Brian Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAINE CRAWLEY,

Plaintiff,

v.

CHARLES DANIELS, *et al.*,

Defendants.

Case No. 3:22-cv-00530-MMD-CSD

**STIPULATION TO DISMISS WITH PREJUDICE**

**AND ORDER**

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff pro se, Diane Crawley, (#1167447), that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 16th day of April, 2026.

Diane Crawley #1167447
*Plaintiff pro se*

DATED this 16th day of April, 2026.

/s/ John Regalia
JOHN REGALIA (Bar No. 16969)
*Attorneys for Defendants*

**IT IS SO ORDERED.**

**Dated: October 5, 2026**

**Craig S. Denney**
**U.S. Magistrate Judge**